**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Curtis L. HAYES, Jr., Defendant—Appellant.**

**No. 08–7083.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 23, 2008.

Decided: Nov. 17, 2008.

Curtis L. Hayes, Jr., Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis L. Hayes, Jr., appeals the district court's order denying reconsideration of its order denying Hayes' motion under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hayes,* No. 3:94–cr–00180–1 (S.D.W.Va. May 21, 2008). We dispense with oral argument because the facts and

244

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*